**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **MAY 2 4 2018** ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Juan Carlos Pena Bustamante,
        Plaintiff,

JUDGMENT IN A CIVIL CASE

        VS

CV-15-4192 (FB)(RML)

Uno Café & Billards Inc.,

        Defendants.

  XX_ Decision by the Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff is awarded damages of $147,095.33, consisting of the following amounts: $10,000 for his wage notice and wage statement claims; compensatory damages of $57,545.36 plus prejudgment interest of $30,492.73 (9% per year since July 5, 2012); and liquidated damages of $49,057.24. Pena is further entitled to costs and reasonable attorney's fees.

DATE : BROOKLYN, NEW YORK

5\23\18.

DOUGLAS C. PALMER
CLERK OF THE COURT

MICHAEL J. INNELLI
DEPUTY CLERK