# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

jbarton@faillacelaw.com

June 22, 2018

**VIA ECF**

Senior Judge Frederic Block
United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Bustamente v. Uno Café & Billiards, et al.; 15-cv-04192

Dear Judge Block:

    This firm represents Plaintiff in the above referenced action.  I write on behalf of the parties to provide the Court with a status report.

    On May 23, 2018, the Court ordered the parties to endeavor to reach an agreement on Plaintiff's attorneys' fees.  I write to advise the Court that the parties have been doing so; however, we anticipate needing two more weeks to reach an agreement.  If the parties have not reached an agreement by July 5, 2018, Plaintiff will make an application to the Court.

    Thank you for your attention.

Sincerely,

/s/ Jesse S. Barton
Jesse S. Barton