UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JUAN CARLOS PENA BUSTAMANTE,    Index No. 15-CV-4192
*individually and on behalf of others similarly
situated,*

       *Plaintiff,*

              STIPULATION

 -against-

UNO CAFE & BILLIARDS INC.
(d/b/a UNO CAFÉ & BILLIARDS),
NY CANTAOKE INC. (d/b/a AMOR
KARAOKE & BAR) and YANGKEY
KIM,

       *Defendants.*
--------------------------------------------------------X

  IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that a judgment in the amount of twenty thousand dollars ("$20,000"), consisting of attorneys' fees and costs, shall be entered in favor of plaintiff JUAN CARLOS PENA BUSTAMANTE against defendants UNO CAFE & BILLIARDS INC. (d/b/a UNO CAFÉ & BILLIARDS), NY CANTAOKE INC. (d/b/a AMOR KARAOKE & BAR) and YANGKEY KIM, jointly and severally.

Dated:  New York, New York
     June 26, 2018

_____     _____
Gregory Nicholas Filosa            Jesse Barton, Esq.
Filosa Graff LLP               MICHAEL FAILLACE & ASSOCIATES,
111 John Street, Suite 2510         P.C.
New York, NY 10038            60 East 42nd. St. Suite 4510
Tel: (212) 256-1780             New York, NY 10165
gfilosa@filosagraff.com           Tel.: 212.317.1200
*Attorney for Defendants*           *Attorneys for Plaintiff*